UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILLIAM BELL, | : Civ. No. 09-4614-NLH-JS |
| Plaintiff, | : |
| v. | : **ORDER** |
| PLEASANTVILLE HOUSING AUTHORITY, | : |
| Defendant. | : |

THIS MATTER having been raised by the Court *sua sponte*; and

IT APPEARING THAT Plaintiff filed his Complaint in this matter on September 9, 2009; and

IT FURTHER APPEARING THAT Plaintiff filed his Statement/Amended Complaint on January 13, 2010; and

IT FURTHER APPEARING THAT Plaintiff's only cause of action alleged in his Amended Complaint is predicated solely upon state law; and

IT FURTHER APPEARING THAT on December 17, 2010, the Court issued an Order to Show Cause, ordering Plaintiff to amend his Amended Complaint within thirty (30) days to properly plead the citizenship of the parties and allege an amount in controversy in excess of $75,000.00 or the Court would dismiss the Amended Complaint for lack of subject matter jurisdiction[1]; and

IT FURTHER APPEARING THAT Plaintiff failed to Amend his

---

[1] In the same Order the Court found that Plaintiff failed to allege a federal question.

Amended Complaint in any way since that time;

IT IS on this <u>24th</u> day of January, 2011, hereby

**ORDERED** that Defendant's Motion to Dismiss [Doc. 21] Plaintiff's Complaint shall be **DENIED** as moot; and it is further

**ORDERED** that Plaintiff's Amended Complaint shall be dismissed for lack of subject matter jurisdiction and the Clerk of the Court shall close the file in this action.


At Camden, New Jersey           s/ Noel L. Hillman  
                                            NOEL L. HILLMAN, U.S.D.J.